UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **MARK FULTZ**, | )<br>) |
| Plaintiff, | )<br>) Case No. 2:22-cv-12068 |
| v. | )<br>) |
| **FORD MOTOR COMPANY**, a Delaware for-profit corporation | ) District Judge Mark A. Goldsmith<br>)<br>) |
| And | )<br>) |
| **FORD MOTOR LAND DEVELOPMENT CORPORATION**, a Delaware for-profit corporation | )<br>)<br>) |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and his counsel hereby give notice that the above-styled action is voluntarily dismissed, with prejudice against the Defendants.

Dated: March 9, 2023

By: /s/ Owen B. Dunn, Jr.
Owen B. Dunn, Jr. (p66315)
4334 W. Central Avenue, Suite 222
Toledo, OH 43604
Telephone: (419) 654-1622
Facsimile: (419) 720-4951
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was on this 9th day of March 2023 served electronic mail to:

Jesenka Mrdjenovic
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
jmrdjenovic@gibsondunn.com
Attorney for Defendants Ford Motor Company and Ford Motor Land Development Corporation

By: /s/ Owen B. Dunn, Jr.
Owen B. Dunn, Jr. (p66315)