UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK FULTZ,

      Plaintiff,                                 Case No. 22-12068

v.                                                  HON. MARK A. GOLDSMITH

FORD MOTOR COMPANY, et al.,

      Defendants.
_____/

## ORDER OF DISMISSAL

On March 9, 2023, Plaintiff filed a notice of voluntary dismissal (Dkt. 14). Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that a "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Rule 41 also states that "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B). Because the notice provides that the dismissal is "with prejudice," see Notice at 1, the Court hereby orders the instant action dismissed with prejudice.

SO ORDERED.

Dated: March 15, 2023                                 s/Mark A. Goldsmith
    Detroit, Michigan                             MARK A. GOLDSMITH
                                                     United States District Judge